

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

Nos. 04-22-00268-CR, 04-22-00269-CR

Shelton **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court Nos. 2021CR5908, 2022CR2277
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 20, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court